UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL BAGJETT, <br><br> Plaintiff, <br><br> vs. <br><br> GENESEE COUNTY SHERIFF'S DEPUTY JACOMB BILANOW, ET AL., <br><br> Defendants. | 2:18-CV-10544-TGB <br><br><br> **TRIAL NOTICE** <br><br><br> HONORABLE <br> TERRENCE G. BERG |

| EVENT | DEADLINE |
|---|---|
| Motions *in Limine* due | Monday, March 08, 2021 |
| Responses to Motions *in Limine* | Thursday, March 11, 2021 |
| Final Pretrial Order due | Monday, March 08, 2021 |
| Final pretrial conference and settlement conference | Friday, March 12, 2021 at 1:30 p.m. via Zoom |
| Trial date | Monday, March 22, 2021 at 9:00 a.m. via Zoom |
| Estimated length of trial | 4 days |
| **JURY TRIAL** | |

The following practices shall govern the conduct of this case:

I.   **FINAL PRETRIAL CONFERENCE.**      All parties with settlement authority are required to be present.

II.  **FINAL PRETRIAL ORDER.**  The proposed Joint Final Pretrial Order must be submitted through the proposed orders function of CM/ECF on or before the date set by this order.  All witnesses must be listed in the Final Pretrial Order.  Witnesses may only be added to the Final Pretrial Order by stipulation of the parties and leave of court.   Counsel shall follow the procedure outlined in the court's practice guidelines to prepare for the final pretrial conference and the Final Pretrial Order. The parties shall prepare the Joint Final Pretrial Order in conformance with all of the requirements of Local Rule 16.2.

II.  **REQUIRED PRIOR TO TRIAL.**  At least ONE WEEK prior to the beginning of trial, counsel shall furnish to the court the following:

   1.   In jury cases, any requests for VOIR DIRE, proposed JOINT JURY INSTRUCTIONS and the VERDICT FORM.   The parties shall file with the court a single set of proposed, stipulated jury instructions and a single, proposed verdict form.  The instructions are to be typewritten and double spaced and shall contain references to authority (e.g., "Devitt and Blackmar, Section 11.08").   Additionally, each party shall separately file any additional proposed instructions to which any other party objects.  The parties must make a concerted, good faith effort to narrow the areas of dispute and to discuss each instruction with a view to reaching an agreement as to an acceptable form.

   2.   In a non-jury case, proposed FINDINGS OF FACT and CONCLUSIONS OF LAW.

3.  A statement of claims or defenses, no longer than two pages, suitable to be read to the jury during opening instructions.

III. **EXHIBITS**.  Counsel are required to mark all proposed exhibits in advance of trial.  Plaintiff's exhibits shall use numbers and Defendant's exhibits shall use letters.  A consecutive number and lettering system should be used by each party.  The parties are required to exchange marked exhibits three days prior to the start of trial. Counsel are also required to maintain a record of all admitted exhibits during trial.  Counsel for each party must keep custody of that party's admitted exhibits during trial.  A party who objects to this provision must file a written objection prior to jury selection.

IV.  **JUDGE'S COPIES.**  An electronic copy of the proposed Final Pretrial Order, and proposed joint Jury Instructions, and verdict form, must be submitted through the proposed orders function of CM/ECF.

DATED this 2nd day of March, 2021.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

HONORABLE TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

CASE MANAGER:  Amanda Chubb
PHONE: (313) 234-2644

PRETRIAL        Final Pretrial Order is generally due one (1) week
                before final pretrial conference.  Witnesses may only be
                added to the final pretrial order by stipulation of the
                parties and leave of court.  Final pretrial conference
                usually held one week prior to trial. Parties and/or
                persons with settlement authority must be present.

TRIAL           Attorneys are responsible to ascertain the status of the
                trial date.  Marked exhibits are to be exchanged three
                (3) days prior to trial.

                Benchbook of exhibits is required.  If trial briefs are
                required by the court, they must be filed one (1) week
                prior to trial.  File motions in limine by the date set
                forth in this order.  Trial is usually held 9:00 a.m. to
                3:00 p.m. daily.

NON-JURY        Submit proposed findings of fact/conclusions of law, one
                (1) week prior to trial.

JURY            Voir dire by court.  Submit proposed voir dire one (1)
                week prior to trial.  Proposed joint jury instructions
                and verdict form due one (1) week prior to trial.
                Electronic submission through the proposed orders
                function of CM/ECF required.